HENRY WOLLMAN and Others, as Copartners, etc., Respondents, v. NEWARK STAR PUBLISHING COMPANY, Appellant.

*Corporation — service of process — doing business here.*

Appeal from an order of the Supreme Court, entered in the New York county clerk's office December 29, 1919, denying the defendant's motion to set aside the service of the summons and complaint.

PER CURIAM: The affidavits on behalf of the plaintiffs are insufficient to show that the defendant is doing business within this State. The facts that are stated are upon information and belief and no reason is given for the failure to present the affidavits of those persons from whom the affiants profess to have obtained the information. Unless the corporation is doing business in this State, the temporary or permanent residence of the president here does not bring the corporation within the State so that service upon him will constitute service upon the corporation. The order should be reversed, with ten dollars costs and disbursements, and the motion granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ. Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs.

———

In the Matter of the Change of Grade and Grading of EAST ONE HUNDRED AND THIRTY-EIGHTH STREET between Brown Place and St. Ann's Avenue and BROOK AVENUE between East One Hundred and Thirty-seventh Street and East One Hundred Thirty-ninth Street, in the Borough and County of The Bronx, City and State of New York. THE PEOPLE OF THE STATE OF NEW YORK ex rel. LOUIS REICHARDT, Respondent, v. CHARLES L. CRAIG, as Comptroller of the City of New York, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.; Clarke, P. J., and Dowling, J., dissenting.

FRANCO-AMERICAN CHEMICAL COMPANY, INC., Respondent, v. WILLIAMSON ELECTRIC COMPANY, INC., Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Merrell and Philbin, JJ.

JACOB PODBELESKY, Appellant, v. PATRICK McDERMOTT, Respondent, Impleaded with Others.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Merrell, JJ.; Clarke, P. J., dissenting.